UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

RODIS, LLC,                          )        CIVIL ACTION
                                     )
        Plaintiff,                   )        No. 05-816
                                     )
        v.                           )
                                     )
                                     )
NICHOLAS TROMBETTA,                  )
                                     )
        Defendant.                   )

## STIPULATION FOR DISMISSAL OF CASE

We, the attorneys for the respective parties, do hereby stipulate that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the action captioned Rodis, L.L.C. v. Nicholas Trombetta and designated Case No. 05-816 in the United States District Court for the Western District of Pennsylvania shall be and hereby is dismissed without prejudice and that the Court may enter an order accordingly, notice by the Clerk being hereby waived.

ORDER

AND NOW, this _____ day of _____, 2006 IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE